# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DITECH FINANCIAL LLC,<br>     Plaintiff(s),<br>v.<br>RESOURCE GROUP, LLC, et al.,<br>     Defendant(s). | Case No.: 2:16-cv-02287-APG-NJK<br>**Order** |

Pending before the Court is the parties' untimely discovery plan. Docket No. 35. The Court already entered a scheduling order, Docket No. 28, so the pending discovery plan is DENIED as moot.

IT IS SO ORDERED.

Dated: December 20, 2018

_____
Nancy J. Koppe
United States Magistrate Judge