**DANIELLE A. KOLKOSKI, ESQ.**
Nevada Bar No. 8506
**WOLFE & WYMAN LLP**
6757 Spencer St.
Las Vegas, NV  89119
Tel: (702) 476-0100
Fax: (702) 476-0101
dakolkoski@wolfewyman.com

Attorneys for Plaintiff
DITECH FINANCIAL LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DITECH FINANCIAL LLC,<br><br>        Plaintiff,<br>    v.<br><br>RESOURCES GROUP, LLC, as trustee of the THOMPSON DRIVE TRUST; GRAPEVINE VILLAS HOMEOWNERS' ASSOCIATION,<br><br>        Defendants. | CASE NO.  2:16-cv-02287-APG-NJK<br><br>**STIPULATION AND ORDER TO SET ASIDE ORDER GRANTING RESOURCES GROUP LLC AS TRUSTEE OF THE THOMPSON DRIVE TRUST MOTION TO DISMISS [ECF NO. 39]** |

Pursuant to LR 7-1, DITECH FINANCIAL LLC (formerly known as Green Tree Servicing LLC (hereinafter "Ditech") and Resources Group, LLC as Trustee of the Reber Dr Trust (hereinafter referred to as "Resources Group, LLC") by and through their attorneys, hereby stipulate and agree to the following:

1. On December 11, 2018 Resources Group, LLC filed a Motion to Dismiss [ECF No. 32].  Ditech's Response was due December 25, 2018.

3. On December 11, 2018, counsel for Ditech emailed counsel for Resources Group LLC requesting a 30 day extension to file a Response.  Ditech requested that the due date for its Response be January 14, 2019.

4. On December 12, 2018, counsel for Resources Group LLC granted Ditech's request for a 30 day extension and agreed to the January 14, 2019 due date for Ditech's Response. Additionally, counsel for Ditech sent counsel for Resources Group, LLC a proposed Stipulation and Order to Extend Time for Ditech to File a Response to Resources Group, LLC's Motion to Dismiss

(hereinafter "Proposed Stipulation").

5. Due to the parties' schedules and recent holidays, the Proposed Stipulation was inadvertently not executed and filed.

6. On January 3, 2019, the Court granted Resources Group, LLC's Motion to Dismiss [ECF No. 39].

7. On January 4, 2019, the parties met and conferred regarding the Court's Order granting Resources Group, LLC's Motion to Dismiss [ECF No. 39]. Ditech and Resources Group LLC agreed to set aside the Court's Order granting the Motion to Dismiss to allow Ditech to respond pursuant to its prior agreement. The parties also agreed that Ditech's Response to the Motion to Dismiss would be January 14, 2019.

///
///
///

8. This stipulation is entered into in good faith, does not prejudice any of the parties, and not intended not to cause undue delay.

**IT IS SO STIPULATED.**

DATED: January 7, 2019          WOLFE & WYMAN LLP

By: */s/Danielle A. Kolkoski*
DANIELLE A. KOLKOSKI, ESQ.
Nevada Bar No. 8506
*Attorneys for Plaintiffs*
*DITECH FINANCIAL LLC and*
*FEDERAL NATIONAL MORTGAGE ASSOCIATION*

DATED: January 7, 2019          LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD.

By: */s/Michael F. Bohn*
MICHAEL F. BOHN. ESQ.
Nevada Bar No. 1641
2260 Corporate Circle, Suite 480
Henderson, NV 89074
*Attorneys for Defendant*
*RESOURCES GROUP, LLC*
*as Trustee of the Reber Dr. Trust*

DATED: January 7, 2019          LEACH KERN GRUCHOW ANDERSON SONG

By: */s/Chase Pittsenbarger*
CHASE PITTSENBARGER, ESQ.
Nevada Bar No. 13740
2525 Box Canyon Drive
Las Vegas, NV 89128
*Attorneys for Defendant*
*GRAPEVINE VILLAS HOMEOWNERS*
*ASSOCIATION*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: January 8, 2019.

3

3247786.1