**DANIELLE A. KOLKOSKI, ESQ.**
Nevada Bar No. 8506
**WOLFE & WYMAN LLP**
6757 Spencer St.
Las Vegas, NV  89119
Tel: (702) 476-0100
Fax: (702) 476-0101
dakolkoski@wolfewyman.com

**Attorneys for Plaintiff**
**DITECH FINANCIAL LLC**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DITECH FINANCIAL LLC,<br><br>Plaintiff,<br>v.<br><br>RESOURCES GROUP, LLC, as trustee of the THOMPSON DRIVE TRUST; GRAPEVINE VILLAS HOMEOWNERS' ASSOCIATION,<br><br>Defendants. | CASE NO.  2:16-cv-02287-APG-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DITECH FINANCIAL LLC TO RESPOND TO THE OPPOSITION TO ITS MOTION FOR SUMMARY JUDGMENT**<br><br>**(FIRST REQUEST)** |

Pursuant to LR 6-1(b), DITECH FINANCIAL LLC (formerly known as Green Tree Servicing LLC (hereinafter "Ditech") and Resources Group, LLC, as trustee of the Thompson Drive Trust (hereinafter referred to as "Defendant") by and through their attorneys, hereby stipulate and agree that Ditech shall be granted an extension to file its Reply to the Opposition [46]to Plaintiffs' Motion for Summary Judgment [ECF 42] which is currently due on February 19, 2019.  Good cause exists to extend the deadline for Ditech and FNMA to file its Reply in Response to the Opposition to its Motion for Summary Judgment to March 4, 2019.

///

///

///

1

3272262.1

This stipulated extension is not submitted for any improper purpose or delay.

**IT IS SO STIPULATED.**

DATED: February 7, 2019	WOLFE & WYMAN LLP


By: */s/ Danielle A. Kolkoski*
    DANIELLE A. KOLKOSKI, ESQ.
    Nevada Bar No. 8506
    6757 Spencer Street
    Las Vegas, NV  89119

    *Attorneys for Plaintiffs*
    *DITECH FINANCIAL LLC and*
    *FEDERAL NATIONAL MORTGAGE ASSOCIATION*

DATED: February 7, 2019	LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD.


By: */s/ Michael F. Bohn*
    MICHAEL F. BOHN. ESQ.
    Nevada Bar No. 1641
    ADAM R. TRIPPIEDI, ESQ.
    Nevada Bar No. 12294
    2260 Corporate Circle, Suite 480
    Las Vegas, NV 89074

    *Attorneys for Defendant Resources Group, LLC as trustee of The Thompson Drive Trust*

**IT IS SO ORDERED.**

Dated: February 7, 2019.



_____
UNITED STATES DISTRICT JUDGE

3272262.1