DANIELLE A. KOLKOSKI, ESQ.
Nevada Bar No. 8506
WOLFE & WYMAN LLP
6757 Spencer St.
Las Vegas, NV 89119
Tel: (702) 476-0100
Fax: (702) 476-0101
dakolkoski@wolfewyman.com

Attorneys for Plaintiff
DITECH FINANCIAL LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DITECH FINANCIAL LLC,<br><br>　　　　Plaintiff,<br>v.<br><br>RESOURCES GROUP, LLC, as trustee of the THOMPSON DRIVE TRUST; GRAPEVINE VILLAS HOMEOWNERS' ASSOCIATION,<br><br>　　　　Defendants. | CASE NO. 2:16-cv-02287-APG-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DITECH FINANCIAL LLC TO RESPOND TO GRAPEVINE VILLAS HOMEOWNERS' ASSOCIATION'S RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND COUNTER MOTION FOR SUMMARY JUDGMENT**<br><br>**(FIRST REQUEST)** |

　　　　Pursuant to LR 6-1(b), DITECH FINANCIAL LLC (formerly known as Green Tree Servicing LLC (hereinafter "Ditech") and Grapevine Villas Homeowners' Association (hereinafter referred to as "Defendant") by and through their attorneys, hereby stipulate and agree that Ditech shall be granted an extension to respond to Defendant's Response to Plaintiffs' Motion for Summary Judgment (ECF 47) and Counter Motion for Summary Judgment (ECF 48) which is currently due on February 19, 2019. Ditech and HOA are attempting to resolve this matter. Good cause exists to extend the deadline for Ditech to respond to Defendant's Response to Plaintiff's Motion for Summary Judgment and Counter Motion for Summary Judgment to March 25, 2019.

///

///

///

///

This stipulated extension is not submitted for any improper purpose or delay.

**IT IS SO STIPULATED.**

DATED: March 11, 2019                WOLFE & WYMAN LLP


By: */s/ Danielle A. Kolkoski*
    DANIELLE A. KOLKOSKI, ESQ.
    Nevada Bar No. 8506
    6757 Spencer Street
    Las Vegas, NV 89119

    *Attorneys for Plaintiffs*
    *DITECH FINANCIAL LLC and*
    *FEDERAL NATIONAL MORTGAGE ASSOCIATION*

DATED: March 11, 2019                LEACH KERN GRUCHOW ANDERSON SONG


By: */s/ Sean L. Anderson*
    SEAN L. ANDERSON. ESQ.
    Nevada Bar No. 7259
    T. CHASE PITTSENBARGER, ESQ.
    Nevada Bar No. 13740
    2525 Box Canyon Drive
    Las Vegas, NV 89128

    *Attorneys for Defendant*
    *GRAPEVINE VILLAS HOMEOWNERS'*
    *ASSOCIATION*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: March 12, 2019.

3272273.1

DATED: March 11, 2019      LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD.


                           By: */s/ Michael F. Bohn*
                              MICHAEL F. BOHN, ESQ.
                              Nevada Bar No. 1641
                              ADAM R. TRIPPIEDI, ESQ.
                              Nevada Bar No. 12294
                              2260 Corporate Circle, Suite 480
                              Henderson, NV  89074
                              *Attorneys For Defendant*
                              *Resources Group, LLC As Trustee Of*
                              *The Thompson Drive Trust*


**IT IS SO ORDERED.**


DATED: _____


_____
UNITED STATES DISTRICT JUDGE

3

3272273.1

# CERTIFICATE OF MAILING

On March 11, 2019, I served the foregoing **STIPULATION AND ORDER TO EXTEND TIME FOR DITECH FINANCIAL LLC TO RESPOND TO GRAPEVINE VILLAS HOMEOWNERS' ASSOCIATION'S RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND COUNTER MOTION FOR SUMMARY JUDGMENT (FIRST REQUEST)**, by the following means to the persons as listed below:

☒ a. EFC System (you must attach the "Notice of Electronic Filing," or list all persons and addresses and attach additional paper if necessary):

| | |
|---|---|
| MICHAEL F. BOHN, ESQ. | mbohn@bohnlawfirm.com |
| ADAM R. TRIPPIEDI, ESQ. | atrippiedi@bohnlawfirm.com |
| Attorneys for Defendant | |
| Resources Group, LLC as trustee of | |
| The Thompson Drive Trust | |
| | |
| SEAN L. ANDERSON, ESQ. | sanderson@lkglawfirm.com |
| T. CHASE PITTSENBARGER, ESQ. | cpittsenbarger@lkglawfirm.com |
| Attorneys for Defendant | |
| Grapevine Villas Homeowners Association | |

☐ b. United States Mail, postage fully pre-paid (List persons and addresses. Attach additional paper if necessary):

MICHAEL F. BOHN, ESQ.
ADAM R. TRIPPIEDI, ESQ.
Law Offices of Michael F. Bohn, Esq., Ltd.
2260 Corporate Circle, Suite 480
Henderson, NV 89074
Attorneys for Defendant
Resources Group, LLC as trustee of
The Thompson Drive Trust

SEAN L. ANDERSON, ESQ.
T. CHASE PITTSENBARGER, ESQ.
Leach Kern Gruchow Anderson Song
2525 Box Canyon Drive
Las Vegas, NV 89128
Attorneys for Defendant
Grapevine Villas Homeowners Association

*/s/ Jamie Soquena*
Jamie Soquena
An employee of Wolfe & Wyman LLP

3272273.1