DANIELLE A. KOLKOSKI, ESQ.
Nevada Bar No. 8506
WOLFE & WYMAN LLP
6757 Spencer St.
Las Vegas, NV 89119
Tel: (702) 476-0100
Fax: (702) 476-0101
dakolkoski@wolfewyman.com

Attorneys for Plaintiff
DITECH FINANCIAL LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DITECH FINANCIAL LLC,<br><br>Plaintiff,<br>v.<br><br>RESOURCES GROUP, LLC, as trustee of the THOMPSON DRIVE TRUST; GRAPEVINE VILLAS HOMEOWNERS' ASSOCIATION,<br><br>Defendants. | CASE NO. 2:16-cv-02287-APG-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DITECH FINANCIAL LLC TO RESPOND TO GRAPEVINE VILLAS HOMEOWNERS' ASSOCIATION'S RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND COUNTER MOTION FOR SUMMARY JUDGMENT**<br><br>**(SECOND REQUEST)** |

Pursuant to LR 6-1(b), DITECH FINANCIAL LLC (formerly known as Green Tree Servicing LLC (hereinafter "Ditech") and Grapevine Villas Homeowners' Association (hereinafter referred to as "Defendant") by and through their attorneys, hereby stipulate and agree that Ditech shall be granted an extension to respond to Defendant's Response to Plaintiffs' Motion for Summary Judgment (ECF No. 47) and Counter Motion for Summary Judgment (ECF No. 48) which is currently due on March 25, 2019. Ditech and HOA were unable to resolve this matter with settlement negotiations. Good cause exists to extend the deadline for Ditech to respond to Defendant's Response to Plaintiff's Motion for Summary Judgment and Counter Motion for Summary Judgment to March 29, 2019.

///

///

///

1

3309118.1

This stipulated extension is not submitted for any improper purpose or delay.

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED: March 21, 2019 | WOLFE & WYMAN LLP |

By: */s/ Danielle A. Kolkoski*
DANIELLE A. KOLKOSKI, ESQ.
Nevada Bar No. 8506
6757 Spencer Street
Las Vegas, NV 89119
*Attorneys for Plaintiffs*
*DITECH FINANCIAL LLC and*
*FEDERAL NATIONAL MORTGAGE ASSOCIATION*

DATED: March 21, 2019     LEACH KERN GRUCHOW ANDERSON SONG

By: */s/ T. Chase Pittsenbarger*
SEAN L. ANDERSON. ESQ.
Nevada Bar No. 7259
T. CHASE PITTSENBARGER, ESQ.
Nevada Bar No. 13740
2525 Box Canyon Drive
Las Vegas, NV 89128
*Attorneys for Defendant*
*GRAPEVINE VILLAS HOMEOWNERS'*
*ASSOCIATION*

DATED: March 21, 2019     LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD.

By: */s/ Michael F. Bohn*
MICHAEL F. BOHN, ESQ.
Nevada Bar No. 1641
ADAM R. TRIPPIEDI, ESQ.
Nevada Bar No. 12294
2260 Corporate Circle, Suite 480
Henderson, NV 89074
*Attorneys For Defendant*
*Resources Group, LLC As Trustee Of*
*The Thompson Drive Trust*

**IT IS SO ORDERED.**

_____
United States District Judge
Dated: March 22, 2019.

3309118.1

**IT IS SO ORDERED.**

DATED: _____

_____
UNITED STATES DISTRICT JUDGE