**DANIELLE A. KOLKOSKI, ESQ.**
Nevada Bar No. 8506
**WOLFE & WYMAN LLP**
6757 Spencer St.
Las Vegas, NV  89119
Tel: (702) 476-0100
Fax: (702) 476-0101
dakolkoski@wolfewyman.com

Attorneys for Plaintiff
DITECH FINANCIAL LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DITECH FINANCIAL LLC,<br><br>　　　　Plaintiff,<br>　v.<br><br>RESOURCES GROUP, LLC, as trustee of the THOMPSON DRIVE TRUST; GRAPEVINE VILLAS HOMEOWNERS' ASSOCIATION,<br><br>　　　　Defendants. | CASE NO.  2:16-cv-02287-APG-NJK<br><br>**STIPULATION AND [PROPOSED ORDER] TO EXTEND TIME FOR DITECH FINANCIAL LLC TO RESPOND TO GRAPEVINE VILLAS HOMEOWNERS' ASSOCIATION'S RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND COUNTER MOTION FOR SUMMARY JUDGMENT**<br><br>**(THIRD REQUEST)** |

　　　　Pursuant to LR 6-1(b), DITECH FINANCIAL LLC (formerly known as Green Tree Servicing LLC ( "Ditech"), Resources Group LLC, as trustee of the Thompson Drive Trust ("Resources Group"), and Grapevine Villas Homeowners' Association (hereinafter referred to as "HOA") by and through their attorneys, hereby stipulate and agree that Ditech shall be granted an extension to respond to Defendant's Response to Plaintiffs' Motion for Summary Judgment (ECF No. 47) and Counter Motion for Summary Judgment (ECF No. 48) which was currently due on March 29, 2019.  Ditech and HOA re-opened settlement negotiations and are attempting to resolve this matter.  Good cause exists to extend the deadline for Ditech to respond to Defendant's Response to Plaintiff's Motion for Summary Judgment and Counter Motion for Summary Judgment to April 12, 2019.

///

///

1

3319226.1

This stipulated extension is not submitted for any improper purpose or delay.

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED: April 8, 2019 | WOLFE & WYMAN LLP |
| | By: */s/ Danielle A. Kolkoski* |
| | DANIELLE A. KOLKOSKI, ESQ. |
| | Nevada Bar No. 8506 |
| | 6757 Spencer Street |
| | Las Vegas, NV 89119 |
| | *Attorneys for Plaintiffs* |
| | *DITECH FINANCIAL LLC and* |
| | *FEDERAL NATIONAL MORTGAGE ASSOCIATION* |
| DATED: April 8, 2019 | LEACH KERN GRUCHOW ANDERSON SONG |
| | By: */s/ T. Chase Pittsenbarger* |
| | SEAN L. ANDERSON. ESQ. |
| | Nevada Bar No. 7259 |
| | T. CHASE PITTSENBARGER, ESQ. |
| | Nevada Bar No. 13740 |
| | 2525 Box Canyon Drive |
| | Las Vegas, NV 89128 |
| | *Attorneys for Defendant* |
| | *GRAPEVINE VILLAS HOMEOWNERS' ASSOCIATION* |
| DATED: April 8, 2019 | LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD. |
| | By: */s/ Michael F. Bohn* |
| | MICHAEL F. BOHN, ESQ. |
| | Nevada Bar No. 1641 |
| | ADAM R. TRIPPIEDI, ESQ. |
| | Nevada Bar No. 12294 |
| | 2260 Corporate Circle, Suite 480 |
| | Henderson, NV 89074 |
| | *Attorneys For Defendant* |
| | *Resources Group, LLC As Trustee Of* |
| | *The Thompson Drive Trust* |

**IT IS SO ORDERED.**

_____
United States District Judge
Dated: April 8, 2019.

2

3319226.1