DANIELLE A. KOLKOSKI, ESQ.
Nevada Bar No. 8506
WOLFE & WYMAN LLP
6757 Spencer St.
Las Vegas, NV 89119
Tel: (702) 476-0100
Fax: (702) 476-0101
dakolkoski@wolfewyman.com

Attorneys for Plaintiff
DITECH FINANCIAL LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DITECH FINANCIAL LLC,<br><br>Plaintiff,<br><br>v.<br><br>RESOURCES GROUP, LLC, as trustee of the THOMPSON DRIVE TRUST; GRAPEVINE VILLAS HOMEOWNERS' ASSOCIATION,<br><br>Defendants. | CASE NO. 2:16-cv-02287-APG-NJK<br><br>STIPULATION AND ORDER] TO EXTEND TIME FOR DITECH FINANCIAL LLC TO RESPOND TO GRAPEVINE VILLAS HOMEOWNERS' ASSOCIATION'S RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND COUNTER MOTION FOR SUMMARY JUDGMENT<br><br>(FOURTH REQUEST) |

Pursuant to LR 6-1(b), DITECH FINANCIAL LLC (formerly known as Green Tree Servicing LLC ("Ditech"), Resources Group LLC, as trustee of the Thompson Drive Trust ("Resources Group"), and Grapevine Villas Homeowners' Association (hereinafter referred to as "HOA") by and through their attorneys, hereby stipulate and agree that Ditech shall be granted an extension to respond to Defendant's Response to Plaintiffs' Motion for Summary Judgment (ECF No. 47) and Counter Motion for Summary Judgment (ECF No. 48) which was currently due on April 12, 2019. Ditech and HOA re-opened settlement negotiations, but were unable to resolve this matter. Good cause exists to extend the deadline for Ditech to respond to HOA's Response to Plaintiff's Motion for Summary Judgment and Counter Motion for Summary Judgment to April 26, 2019.

///

1

3330613.1

This stipulated extension is not submitted for any improper purpose or delay.

**IT IS SO STIPULATED.**

DATED: April 19, 2019			WOLFE & WYMAN LLP


By: /s/ *Danielle A. Kolkoski*
    DANIELLE A. KOLKOSKI, ESQ.
    Nevada Bar No. 8506
    6757 Spencer Street
    Las Vegas, NV 89119
    *Attorneys for Plaintiffs*
    *DITECH FINANCIAL LLC and*
    *FEDERAL NATIONAL MORTGAGE ASSOCIATION*

DATED: April 19, 2019			LEACH KERN GRUCHOW ANDERSON SONG


By: /s/ *T. Chase Pittsenbarger*
    T. CHASE PITTSENBARGER, ESQ.
    Nevada Bar No. 13740
    2525 Box Canyon Drive
    Las Vegas, NV 89128
    *Attorneys for Defendant*
    *GRAPEVINE VILLAS HOMEOWNERS'*
    *ASSOCIATION*

DATED: April 19, 2019			LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD.


By: /s/ *Michael F. Bohn*
    MICHAEL F. BOHN, ESQ.
    Nevada Bar No. 1641
    2260 Corporate Circle, Suite 480
    Henderson, NV 89074
    *Attorneys For Defendant*
    *Resources Group, LLC As Trustee Of*
    *The Thompson Drive Trust*

**IT IS SO ORDERED.**

Dated: April 19, 2019.


_____
UNITED STATES DISTRICT JUDGE

2

3330613.1