DANIELLE A. KOLKOSKI, ESQ.
Nevada Bar No. 8506
WOLFE & WYMAN LLP
6757 Spencer St.
Las Vegas, NV 89119
Tel: (702) 476-0100
Fax: (702) 476-0101
dakolkoski@wolfewyman.com

Attorneys for Plaintiff
DITECH FINANCIAL LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DITECH FINANCIAL LLC,<br><br>Plaintiff,<br><br>v.<br><br>RESOURCES GROUP, LLC, as trustee of the THOMPSON DRIVE TRUST; GRAPEVINE VILLAS HOMEOWNERS' ASSOCIATION,<br><br>Defendants. | CASE NO. 2:16-cv-02287-APG-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE OPPOSITIONS**<br><br>**(FIRST REQUEST)** |

Pursuant to LR 6-1(b), DITECH FINANCIAL LLC (formerly known as Green Tree Servicing LLC ( "Ditech"), Grapevine Villas Homeowners' Association ("HOA"), and Resources Group LLC, as trustee of the Thompson Drive Trust ("Resources Group"), by and through their attorneys, hereby stipulate and agree that the parties shall be granted a two week extension to respond to Ditech's Motion for Summary Judgment Regarding Tender (ECF No.67) and Resource Group, LLC's Motion for Summary Judgment (ECF No. 66) which is currently due on May 10,

///
///
///
///
///
///
///
///

1

3339553.1

2019.  Good cause exists to extend the deadline for the parties file their oppositions on **May 24, 2019**.  This stipulated extension is not submitted for any improper purpose or delay.

**IT IS SO STIPULATED.**

DATED:  April 30, 2019           WOLFE & WYMAN LLP

By: */s/ Danielle A. Kolkoski*
　　DANIELLE A. KOLKOSKI, ESQ.
　　Nevada Bar No. 8506
　　6757 Spencer Street
　　Las Vegas, NV  89119
　　*Attorneys for Plaintiffs*
　　*DITECH FINANCIAL LLC and*
　　*FEDERAL NATIONAL MORTGAGE ASSOCIATION*

DATED:  April 30, 2019           LEACH KERN GRUCHOW ANDERSON SONG

By: */s/ T. Chase Pittsenbarger*
　　T. CHASE PITTSENBARGER, ESQ.
　　Nevada Bar No. 13740
　　2525 Box Canyon Drive
　　Las Vegas, NV 89128
　　*Attorneys for Defendant*
　　*GRAPEVINE VILLAS HOMEOWNERS'*
　　*ASSOCIATION*

DATED:  April 30, 2019           LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD.

By: */s/ Michael F. Bohn*
　　MICHAEL F. BOHN, ESQ.
　　Nevada Bar No. 1641
　　2260 Corporate Circle, Suite 480
　　Henderson, NV  89074
　　*Attorneys For Defendant*
　　*Resources Group, LLC As Trustee Of*
　　*The Thompson Drive Trust*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: May 1, 2019.

3339553.1